No. 530. UNITED AUTOMOBILE, AIRCRAFT AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL. Appeal from

the Supreme Court of Wisconsin. Probable jurisdiction noted. *Harold A. Cranefield* and *Max Raskin* for appellant. *Vernon W. Thomson,* Attorney General of Wisconsin, *Stewart G. Honeck,* Deputy Attorney General, and *Beatrice Lampert,* Assistant Attorney General, for the Wisconsin Employment Relations Board, and *John F. Lane* for the Kohler Co., appellees. *J. Albert Woll, Arthur J. Goldberg* and *David E. Feller* filed a brief for the American Federation of Labor and Congress of Industrial Organizations, as *amicus curiae,* urging that probable jurisdiction be noted.